**550**

for petitioner. *Mr. John A. Hall* for respondent. ▪

No. 837. GODFREY *v.* GODFREY, EXECUTOR. See same case, *ante,* p. 529.

No. 883. UNITED STATES EX REL MORAN *v.* HILL, WARDEN. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and the motion for leave to proceed further *in forma pauperis,* denied. *Mr. Eugene McCaffrey* for petitioner. No appearance for respondent.

No. 835. CAPITAL NATIONAL BANK *v.* BOARD OF SUPERVISORS OF HINDS COUNTY; and

No. 836. SAME *v.* CITY OF JACKSON.
May 2, 1932. The petitions for writs of certiorari in these cases are severally denied, upon the ground that the judgments sought here to be reviewed are joint and the records fail to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn,* 285 U. S. 169; § 237 (b), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). *Mr. R. H. Thompson* for petitioner. *Messrs. Wm. H. Watkins* and *P. H. Eager, Jr.,* for respondents.

No. 798. BURNSTEIN ET AL. *v.* UNITED STATES. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Otto Christensen* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Martin A. Morrison, Paul D. Miller,* and *W. Marvin Smith* for the United States.